**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INT. OF: J.H.P., III A MINOR : No. 20 MAL 2023
:
:
PETITION OF: J.H.P., JR., NATURAL : Petition for Allowance of Appeal
FATHER AND C.A.P., NATURAL MOTHER : from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2023, the Petition for Allowance of Appeal is

**DENIED**.